```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                         HAMMOND DIVISION
```

REGINALD TIGGS,                )
                               )
            Plaintiff          )
                               )
       v.                      )   Case No. 2:05 cv 383
                               )
CRACKER BARREL OLD COUNTRY     )
STORE,                         )
                               )
            Defendant          )

### REPORT AND RECOMMENDATION

On March 14, 2006, this matter was set for a status conference on April 28, 2006. A notice was sent to the plaintiff at his last known address. On March 23, 2006, the notice was returned as undeliverable.

The plaintiff failed to appear at the status conference. It appears that the plaintiff has moved and has not provided the Clerk with a forwarding address. Pursuant to Federal Rules of Civil Procedure 16(f) and 41(b), IT IS RECOMMENDED that this matter be DISMISSED WITH PREJUDICE.

ENTERED this 28th day of April, 2006

                                s/ ANDREW P. RODOVICH
                                United States Magistrate Judge