## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| REGINALD TIGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO. 2:05-CV-383 |
| | ) |
| CRACKER BARREL OLD COUNTRY STORE, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew P. Rodovich, dated April 28, 2006. The instant Report and Recommendation recommends that this matter be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 16(f) and 41(b) in that Plaintiff has failed to provide the Clerk's Office with a current address and has failed to appear at a status conference. Upon due consideration, this Court **ADOPTS** Magistrate Judge Rodovich's Report and Recommendation and **ORDERS** this matter **DISMISSED WITH PREJUDICE.**

DATED: May 18, 2006                    /s/RUDY LOZANO, Judge
                                       United States District Court